

750 BERING DRIVE
HOUSTON, TX 77057-2198
PHONE 713.787.1400
FAX 713.787.1440
A LIMITED LIABILITY PARTNERSHIP

July 14, 2005

FILE: 12537.0017

Hon. Jan Horbaly, Clerk
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, DC 20439

RE: *Union Carbide v. Shell Oil*, Appeal Nos. 04-1475, -1512
*Union Carbide v. Shell Oil*, Civil Action No. 99-274 (SLR)

Dear Sir:

Please be advised that as of July 18, 2005 the ~~law~~ firm address for counsel representing Shell Oil Company will change as follows:

> John D. Norris
> Richard L. Stanley
> Howrey LLP
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242
> Telephone: 713.787.1400
> Facsimile: 713.787.1440

Very truly yours,

*Carol P Zumbach*

Carol P. Zumbach
Litigation Case Manager

cc: Harry Roper, Esq. (counsel for Plaintiffs-Cross Appellants)
Bruce M. Kanuch, Esq. (counsel for Plaintiffs-Cross Appellants)
William C. Slusser, Esq. (counsel for Defendants-Appellants)
Allen M. Terrell, Jr., Esq. (counsel for Shell Oil Company)
Jeffrey B. Bove, Esq. (counsel for Union Carbide)
Clerk, U.S. District Court – District of Delaware

DM_US\8226397.v1