# United States Court of Appeals for the Federal Circuit

04-1475,-1512

UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION
and UNION CARBIDE CORPORATION,

Plaintiffs-Cross Appellants,

v.

SHELL OIL COMPANY, SHELL CHEMICAL COMPANY,
and CRI CATALYST COMPANY,

Defendants-Appellants.

## JUDGMENT

| | |
|---|---|
| ON APPEAL from the | United States District Court for the District of Delaware |
| IN CASE NO(S): | 99-CV-274 and ~~99-CV-846~~ (SLR) |

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART and REMANDED

ENTERED BY ORDER OF THE COURT

OCT - 3 2005
Date

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 1/23/06

ISSUED AS A MANDATE: JAN 2 3 2006