IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION and UNION CARBIDE CORPORATION, <br> Plaintiffs, <br> v. <br> SHELL OIL COMPANY, SHELL CHEMICAL COMPANY and CRI CATALYST COMPANY, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 99-274-SLR |
| SHELL OIL COMPANY, <br> Plaintiff, <br> v. <br> UNION CARBIDE CORPORATION and UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION, <br> Defendant. | ) ) ) ) ) ) ) ) ) | C.A. No. 99-846-SLR (CONSOLIDATED) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Claude M. Stern and Rachel M. Herrick, to represent Defendants, Shell Oil Company, Shell Chemical Company and CRI Catalyst Company in these matters.

OF COUNSEL:

William C. Slusser
Slusser Wilson & Partridge LLP
4720 Three Allen Center, 333 Clay Street
Houston, TX 77002

John D. Norris
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-

Dated: January 31, 2006

_____
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants
Shell Oil Company, Shell Chemical Company and CRI Catalyst Company

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
United States District Judge

RLF1-2975859-1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ✓ to the Clerk's office upon the filing of this motion.

_____
Claude M. Stern
Dated: Jan. 31, 2006

Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shares, CA 94065

RLF1-2975859-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid o to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to ☑ the Clerk's office upon the filing of this motion.

_____
Rachel M. Herrick

Dated: January 31, 2006

Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shares, CA 94065

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Jeffrey B. Bove
James D. Heisman
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

I hereby certify that on January 31, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Bruce M. Kanuch
The Dow Chemical Company
1790 Building, Washington Street
Midland, MI  48674

Harry J. Roper
Raymond N. Nimrod
Jenner & Block
One IBM Plaza
330 North Wabash Avenue
Chicago, IL  60611

### BY U.S. MAIL

Steven J. Glassman
Benjamin C. Hsing
Kaye Scholer
425 Park Avenue
New York, NY  10022

Jeffrey L. Moyer (#3309)
*Moyer@rlf.com*

RLF1-2975859-1