# EXHIBIT A

## **EXHIBIT A**

This Court previously affirmed damages of $111,212,665.02 and prejudgment interest at the prime rate (not compounded) through May 31, 2004 of $42,403,108.67.

Additional interested calculated at the prejudgment rate of the prime rate (not compounded) on the damages of $111,212,665.02 from June 1, 2004, through March 15, 2006, is $10,115,718.65:

| Date | Damages | Interest | Note |
|---|---|---|---|
| 6/1/2004 - 12/31/2004 | $111,212,665.02 | $2,594,962.18 | Interest at monthly prime rate of 4.00% (effective 6/2004)* |
| 1/1/2005 - 12/31/2005 | | $5,838,664.91 | Interest at monthly prime rate of 5.25% (effective 1/2005)* |
| 1/1/2006 - 3/15/2006 | | $1,682,091.56 | Interest at monthly prime rate of 7.26% (effective 12/2004)* |
| Total Additional Interest | | $10,115,718.65 | |

\* http://www.federalreserve.gov/releases/h15/data/Monthly/H15_PRIME_NA.txt

Additional interest calculated at the post-judgment rate of the "weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment" compounded annually (28 U.S.C. §1961(a)-(b)) on the damages plus prejudgment interest of $153,615,773.69 from June 15, 2004 (date of the judgment), through March 15, 2006, is $5,614,855.65:

| | Damages + Interest | Add'l Interest | Note |
|---|---|---|---|
| 6/15/2004 - 12/31/2004 | $153,615,773.69 | $1,733,669.74 | Rate on 06/11/2004 was 2.07%** for 199 days |
| 1/1/2005 - 12/31/2005 | $155,349,443.43 | $3,215,733.48 | 2.07% for 365 days |
| 1/1/2006 - 3/15/2006 | $158,565,176.91 | $665,452.43 | 2.07% for 74 days |
| Total Additional Interest | | $5,614,855.65 | |

\*\* http://www.federalreserve.gov/releases/h15/data/Weekly_Friday /H15_TCMNOM_Y1.txt