IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION and UNION CARBIDE CORPORATION,<br>    Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY, SHELL CHEMICAL COMPANY and CRI CATALYST COMPANY,<br>    Defendants.<br><br>SHELL OIL COMPANY,<br>    Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION and UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION,<br>    Defendants. | )))))))))))))))))))))) | Civil Action No. 99-274-SLR<br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 99-846-SLR<br>(consolidated) |

### DEFENDANTS' APPLICATION FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

Pursuant to Local Rule 7.1.4 and to follow-up on Defendants' request for oral argument made during today's telephone conference with the Court, Defendants hereby confirm their request for oral argument on Plaintiffs' Motion for Entry of Judgment filed January 31, 2006.

RLF1-2984744-1

OF COUNSEL:

John D. Norris
Howrey LLP
1111 Louisiana 25th Floor
Houston, TX 77002-5242

Claude M. Stern
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94665

Dated: February 24, 2006

*[signature]*

Allen M. Terrell, Jr. (#709)
Jeffrey L. Moyer (#3309)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Shell Oil Company, Shell Chemical Company, and CRI Catalyst Company

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jeffrey B. Bove, Esquire
James D. Heisman, Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

I hereby certify that on February 24, 2006, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Harry J. Roper, Esquire
Raymond N. Nimrod, Esquire
Jenner & Block
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611

Bruce M. Kanuch, Esquire
The Dow Chemical Company
1790 Building
Washington Street
Midland, TX 48674

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-2984744-1