IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION and UNION CARBIDE CORPORATION,<br>           Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY, SHELL CHEMICAL COMPANY and CRI CATALYST COMPANY,<br>           Defendants.<br><br>SHELL OIL COMPANY,<br>           Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION and UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION,<br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 99-274-SLR<br><br><br><br><br><br><br><br><br><br>Civil Action No. 99-846-SLR<br>(consolidated) |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Union Carbide Chemicals & Plastics Technology Corporation and Union Carbide Corporation ("Union Carbide") and Defendants Shell Oil Company, Shell Chemical Company and CRI Catalyst Company LP ("Shell"), jointly move this Court for the entry of an Order dismissing all claims with prejudice and without costs because the matter has been amicably settled to their mutual satisfaction.

WHEREFORE, Union Carbide and Shell jointly request that this Court enter an Order dismissing this case with prejudice.

DM_US\8325393.v1

Dated: <u>March 31, 2006</u>  Respectfully submitted,

<u>/s/ James D. Heisman</u>
Jeffrey B. Bove (Del. No. 998)
James D. Heisman (Del. No. 2746)
Scott G. Wilcox (Del. No. 3882)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
David R. Bennett
JENNER & BLOCK
One IBM Plaza
330 North Wabash Avenue
Chicago, IL 60611
(312) 222-9350

Bruce Kanuch
The Dow Chemical Company
Legal Department
2030 Dow Center, Office #471
Midland, MI 48674
(989) 636-1000

Attorneys for Plaintiffs Union Carbide
Chemicals & Plastics Technology Corporation
and Union Carbide Corporation

<u>/s/ Allen M. Terrell, Jr.</u>
Allen M. Terrell, Jr. (Del. No. 709)
Jeffrey L. Moyer (Del. No. 3309)
Steven J. Fineman (Del. No. 4025)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

John D. Norris
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
(713) 787-1400

Claude M. Stern
QUINN EMANUEL URQUHART OLIVER
 & HODGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94665
(650) 801-5000

Attorneys for Defendants Shell Oil Company,
Shell Chemical Company and CRI Catalyst
Company LP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION and UNION CARBIDE CORPORATION,<br>　　　　　Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 99-274-SLR |
| SHELL OIL COMPANY, SHELL CHEMICAL COMPANY and CRI CATALYST COMPANY,<br>　　　　　Defendants. | ) ) ) ) ) | |
| SHELL OIL COMPANY,<br>　　　　　Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| UNION CARBIDE CORPORATION and UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION,<br>　　　　　Defendants. | ) ) ) ) ) | Civil Action No. 99-846-SLR (consolidated) |

## ORDER

This matter coming to be heard on the agreement of the captioned parties, the case having been settled, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. Union Carbide's Complaint against Shell is dismissed with prejudice and with each party to bear its own costs, attorney fees and expenses.

2. Shell's Complaint and counterclaims against Union Carbide are dismissed with prejudice and with each party to bear its own costs, attorney fees and expenses.

Dated:_____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge