IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION and UNION CARBIDE CORPORATION, Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 99-274-SLR |
| SHELL OIL COMPANY, SHELL CHEMICAL COMPANY and CRI CATALYST COMPANY, Defendants. | ) ) ) ) ) | |
| SHELL OIL COMPANY, Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| UNION CARBIDE CORPORATION and UNION CARBIDE CHEMICALS & PLASTICS TECHNOLOGY CORPORATION, Defendants. | ) ) ) ) ) | Civil Action No. 99-846-SLR (consolidated) |

## ORDER

This matter coming to be heard on the agreement of the captioned parties, the case having been settled, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. Union Carbide's Complaint against Shell is dismissed with prejudice and with each party to bear its own costs, attorney fees and expenses.

2. Shell's Complaint and counterclaims against Union Carbide are dismissed with prejudice and with each party to bear its own costs, attorney fees and expenses.

Dated:_____    _____
United States District Judge

DM_US\8325408 v1