**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**



TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 99-274 | 05/03/99 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Union Carbide Chem | Shell Oil Company |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,908,343 | 03/13/90 | Union Carbide Chem |
| 2 | 4,916,243 | 04/10/90 | Union Carbide Chem |
| 3 | 5,057,481 | 10/15/91 | Union Carbide Chem |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

Court granted the parties' Joint Motion to Dismiss As matter was settled. Copy of court's order, D.I. 750, Attached.

R. Dike 4-10-06

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | Timothy B. Lansfield | 05/04/99 |