OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 22, 2007

Jeffrey B. Bove, ESQ.
Connolly, Bove, Lodge & Hutz
Email: jbove@cblh.com

RE: **Union Carbide Chem, et al v. Shell Oil Company, et al..**
Civ. No. **99-cv-00274**-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
212,214,244,254,258,319,320,338,342,408,418,419,438,439,440,441, 454,455,458,459,547,551,552,568,699,709.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on ___AUG 2 2 2007___.

_____
Signature