OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
    CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

September 6 , 2007

Allen M. Terrell, Jr. , ESQ.
Richards, Layton & Finger
Email: terrell@rlf.com

    RE: **Union Carbide Chem, et al v. Shell Oil Company, et al..**
         Civ. No. **99-cv-00274**-SLR

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
61,62,63,90,91,187,188,210,211,215,321,322,323,324,325,326,327,
331,333,334,335,340,341,423,424,425,426,427,428,435,456,457,461,
494,526,528,534,535,541,542,545,557,558,571,586,656,710,728.

    A copy of the signed acknowledgment has been attached for your records.

                              Sincerely,

                              Peter T. Dalleo, Clerk

                              By: _____

    I hereby acknowledge receipt of the above mentioned documents on 9/6/07 @ 11:32am.

                          Signature _____